# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARTHA CASALE,

    Plaintiff,

v.                                                                                                           No. CV 20-526 SWS/MLC

UNITED STATES OF AMERICA,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon communication from counsel to set a settlement conference. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Tuesday, June 29, 2021, at 2:30 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE