IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARTHA CASALE,

        Plaintiff,

v.                                                No. CV 20-526 SWS/MLC

UNITED STATES OF AMERICA,

        Defendant.

## ORDER RESETTING TELEPHONIC PRE-SETTLEMENT STATUS CONFERENCE

**IT IS HEREBY ORDERED** that the pre-settlement status conference is **RESET** for **Tuesday, August 31, 2021, at 2:00 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

        **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE