**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MARTHA CASALE,

      Plaintiff,

v.                                           No. CV 20-526 SWS/MLC

UNITED STATES OF AMERICA,

      Defendant.

## ORDER FOR CLOSING DOCUMENTS

      **THIS MATTER** is before the Court upon communication from counsel that the matter has settled. **IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **November 8, 2021**. If the need for an extension arises, the parties are instructed to file a formal motion on the record.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE